UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK CLARK | CIVIL ACTION |
| VERSUS | NO. 11-2673 |
| MARLIN GUSMAN | SECTION: "G"(3) |

## ORDER

The Court, finding that as of this date neither Plaintiff nor Defendant has filed any objections to the Magistrate Judge's Report and Recommendation,[1] which objections were due by April 12, 2012, hereby approves the Report and Recommendation and adopts its analysis as the Court's opinion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

**NEW ORLEANS, LOUISIANA**, this __18th__ day of May, 2012.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 11.